UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
IN ADMIRALTY
Civil Action No.: 4:23-cv-00071-M-BM

| | |
|---|---|
| **James Rodney Gillikin, Plaintiff** ) | |
| ) | **STIPULATION OF DISMISSAL** |
| vs. ) | **WITH PREJUDICE** |
| ) | Fed. R. Civ. P. 41(a)(1)(A)(ii) |
| **Jean Marie, Inc., Defendant** ) | |
| ) | |

NOW COMES all parties to this action, James Rodney Gillikin ("Plaintiff") and Jean Marie, Inc. ("Defendant"), by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate that the claims of Plaintiff in the above-captioned action be dismissed with prejudice against Defendant. It is further stipulated and agreed that each party is to bear its own fees and costs.

Dated: 21 May 2025

| | |
|---|---|
| **Zaytoun Law Firm** | **Clark, Newton & Evans, P.A.** |
| Of Counsel | |
| /s/ Charles K. McCotter, Jr. | /s/ Seth P. Buskirk |
| NC Bar No. 5018 | NC Bar No. 36664 |
| 2859 Trent Road | 509 Princess St. |
| New Bern, NC 28562 | Wilmington, North Carolina 28401 |
| Telephone: (252) 635-1005 | Telephone: (910) 762-8743 |
| Facsimile: (252) 631-5037 | Facsimile: (910) 762-62036 |
| ckm@ckmccotterlaw.com | spb@clarknewton.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |